# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES J. DONELON,
COMMISSIONER OF INSURANCE
FOR THE STATE OF LOUISIANA

VERSUS

EXCALIBUR NATIONAL INSURANCE
COMPANY AND EXCALIBUR
NATIONAL HOLDINGS, INC.

NO.   2019 CW 0984

**NOV 2 5 2019**

In Re:   Jeffrey C. Pollick, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 671699.

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT